RANDY S. GROSSMAN
Acting United States Attorney
George V. Manahan
Assistant U.S. Attorney
California Bar No. 239130
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7607
Fax: (619) 546-7751
Email: george.manahan@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PERDUE III, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants. | Case No.: '21CV1478 W    DEB<br><br>**NOTICE OF REMOVAL OF A CIVIL ACTION**<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2020-00028645-CU-MM-CTL) |

**PLEASE TAKE NOTICE** that defendant United States of America (Defendant or United States), as the party which has been substituted in this action for VISTA COMMUNITY CLINIC and MINH TRAN DAO M.D.,[1] respectfully removes to this Court the above-captioned civil action from the Superior Court of California, County of San Diego, Case No. 37-2020-00028645-CU-MM-CTL. The grounds for this removal include the following:

1. On or about August 14, 2020, Plaintiffs Kealani Marie Miller-Perdue, Kekoa Khailani Miller-Perdue, Khaielee Dalani Miller-Perdue, and Richard Perdue III (collectively Plaintiffs) initiated this action as Case No. 37-2020-00028645-CU-MM-CTL in the Superior Court of California, County of San Diego. Plaintiffs named as defendants,

---

[1] The physician named in Plaintiffs' Complaint as Minh Tran Dao, M.D. is correctly named Dao Minh Tran, D.O.

inter alia, Vista Community Clinic (VCC), a federally supported health center, and MINH TRAN DAO M.D., an employee of VCC.

2. Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. §§ 233(g)-(n), as amended, the Secretary of Health and Human Services has deemed VCC to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2672, effective January 1, 2015. Furthermore, the Acting United States Attorney for the Southern District of California, through his designate, has certified that VCC and its employee, MINH TRAN DAO M.D., were acting within the scope of their employment as deemed Public Health Service employees at the time of the incidents alleged in the Complaint, and that pursuant to 42 U.S.C. § 233(g), they are deemed to be employees of the United States for Federal Tort Claims Act purposes, for the acts and omissions alleged against them in the Complaint occurring on or after January 1, 2015.[2] *See* Ex. 1, Certification of Scope Of Employment.

3. Therefore, Plaintiffs' remedy against the United States under the FTCA is exclusive of any other civil action or proceeding involving the same subject matter and claims against VCC and MINH TRAN DAO M.D., based on the alleged acts or omissions in the Complaint occurring on or after January 1, 2015. *See* 42 U.S.C. § 233(a), (g). Furthermore, the action is removable to federal court and the United States shall be substituted as the party defendant. *See* 42 U.S.C. § 233(a), (c), (g); *see also Alexander v. Mount Sinai Hosp. Med. Ctr.*, 484 F.3d 889, 891 (7th Cir. 2007) ("The FSHCAA, like the Westfall Act, allows the government to remove from state court a medical malpractice action filed against a physician who is 'deemed' to be a federal employee. . . . Once a physician has been deemed to be a federal employee acting within the scope of his or her

---

[2] The Secretary of Health and Human Services deemed VCC to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act effective January 1, 2015. Any acts or omissions of VCC or its employee, MINH TRAN DAO M.D., occurring prior to January 1, 2015, are not covered by the Federal Tort Claims Act. It does not appear, however, that Plaintiffs' Complaint alleges any such acts against VCC or its employee, MINH TRAN DAO M.D.

NOTICE OF REMOVAL                     2

employment duties, the United States is substituted as the defendant and the FTCA provides the exclusive remedy for the physician's negligence."); *Rivers v. Clinic of Sierra Vista*, No. CV F 13-0087 LJO BAM, 2013 WL 417600, at *1 (E.D. Cal. Jan. 31, 2013) ("The Government has certified the clinic and its employee . . . as deemed Public Health Service employees pursuant to the [FSHCAA]. Section 233(a) and (c) provide that on filing such certification, an action for personal injury resulting from the performance of medical functions is 'deemed a tort action brought against the United States' under the [FTCA] [and t]he FTCA 'shall be exclusive of any other civil action or proceeding by reason of the same subject matter' against a deemed employee.").

4.  As of this time, no process, pleadings, or orders have been served on the United States Attorney for the Southern District of California or the Attorney General of the United States. *Cf.* 28 U.S.C. § 1446(a). Nevertheless, the Complaint and other pleadings filed in the Superior Court of California, County of San Diego, Case No. 37-2020-00028645-CU-MM-CTL, are attached as Exhibit 2.

WHEREFORE, Case No. 37-2020-00028645-CU-MM-CTL, now pending in the Superior Court of California, County of San Diego, is removed therefrom to this Court.

DATED:   August 19, 2021               Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

s/ *George Manahan*
George Manahan
Assistant United States Attorney
Email: george.manahan@usdoj.gov
Attorneys for United States

NOTICE OF REMOVAL                        3